**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1898

MERLE T. RUTLEDGE, JR.,

             Plaintiff - Appellant,

      v.

CITY   OF   NORFOLK,   VIRGINIA;   CITY   OF   NORFOLK   POLICE
DEPARTMENT; N.E. KARANGELEN, Officer,

             Defendants- Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Norfolk.    Mark  S.  Davis,  District
Judge.  (2:09-cv-00129-MSD-JEB)

Submitted:  December 17, 2009       Decided:  December 23, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Merle T. Rutledge, Jr., Appellant Pro Se.  Andrew Richard Fox,
Assistant City Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Rutledge v. City of Norfolk, No. 2:09-cv-00129-MSD-JEB (E.D. Va. filed July 30; entered July 31, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED